[If you need additional space for ANY section, please attach an ac

1:23-cv-00670
Judge John J. Tharp, Jr
Magistrate David Weisman
**Random Assigment**

## UNITED STATES DISTRI
## NORTHERN DISTRICT O.

| | |
|---|---|
| Howard Grant | ) |
| Plaintiff(s) | ) |
| | ) |
| v. | ) |
| | ) |
| Nolan Logistics | ) |
| Defendant(s | ) |
| | ) |

# FILED

Case Number: 21B-2022-0048(?) FEB 03 2023   K h

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Judge:

## MOTION FOR ATTORNEY REPRESENTATION
### (NOTE: Failure to complete all items may result in the denial of this motion. )

1.   I, Howard Grant_____, declare that I am the (check appropriate box)
     ■ plaintiff   ☐ defendant in this case and that I am unable to afford the services of an
     attorney. I hereby ask the Court for an attorney to represent me in this case.

2.   I declare that I have contacted the following attorneys/organizations seeking representation:
     **(NOTE: This item must be completed.)**
     Disparti Law group to represent me in a Right to Sue from IDHR that expired on
     8/20/22. They led me to believe they would file the law suit and represent me. They
     let the Right to sue expire, then on 8/22/22 I received a declining letter.
     but I have been unable to find an attorney because:
     I received a Right to Sue letter from EEOC on 1/3/23. Due to my experience with Disparti
     Law, I am requesting the court to provide me an attorney.

3.   I declare that (check all that apply):
     *(Now:)*
     ☑   I *am not* currently represented by an attorney requested by the Court in any federal
         criminal or civil case.

     **OR**

     ☐   I *am* currently represented by an attorney requested by the Court in a federal criminal
         or civil case. The case is described on the back of this page.

     *(Earlier:)*
     ☑   I *have not* previously been represented by an attorney requested by the Court in any
         federal criminal or civil case.

     **OR**

     ☐   I *have* previously been represented by an attorney requested by the Court in a federal
         criminal or civil case. The case is described on the back of this page.

4.   I declare that (check ·one):
     ☑   I have attached an original Application for Leave to Proceed *In Forma Pauperis*
         detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☑ I declare that my highest level of education is (check one):

☐ Grammar school    ☐ Some high school    ☐ High school graduate
■ Some college        ☐ College graduate     ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☑ I declare under penalty of perjury that the foregoing is true and correct.

_Howard Grant_                           695 Laurel Rd._____
Signature of Movant                      Street Address

2/3/23_____                 Manteno, IL 60950_____
Date                                     City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| | |
|---|---|
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]