# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Howard Grant v. Nolan Logistics   Case Number: 1:23-cv-00670

An appearance is hereby filed by the undersigned as attorney for:

Nolan Logistics, Incorporated

Attorney name (type or print): Zachary M. VanVactor

Firm: Stites & Harbison PLLC

Street address: 400 West Market Street, Suite 1800

City/State/Zip: Louisville, KY 40202-3352

Bar ID Number: 3180610
(See item 3 in instructions)

Telephone Number: 502-587-3400

Email Address: zvanvactor@stites.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 07/21/23

Attorney signature: S/ Zachary M. VanVactor

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015