## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Howard Grant v. Nolan Logistics, Inc. Case Number: 1:23-cv-00670

An appearance is hereby filed by the undersigned as attorney for:
Nolan Logistics, Inc.

Attorney name (type or print): Kurt B. Drain

Firm: Arnett Law Group, LLC

Street address: 223 W. Jackson Blvd., Ste. 750

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6271753
(See item 3 in instructions)

Telephone Number: 312-561-5660

Email Address: kdrain@arnettlawgroup.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ✓ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 07/21/2023

Attorney signature: S/ Kurt B. Drain
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

## PROOF OF SERVICE

The undersigned attorney certifies that the foregoing document was electronically filed with the Clerk of Court on July 21, 2023, using the ECF system, which will send electronic notification to all counsel of record; and that the foregoing document was served via United States First Class Mail, postage prepaid, and via electronic mail to the following:

Howard Grant
795 Laurel Rd.
Manteno, IL 60950
Hgrant796@yahoo.com

_____
Kurt B. Drain
Counsel for Defendant Nolan Logistics, Inc.